| Borrower/Client | N/A | | | | File No. | 3449639 |
|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code 32806 |
| Lender | Statebridge Company, LLC | | | | | |

## TABLE OF CONTENTS

Cover Page ............................................................................................................................ 1
Small Income ........................................................................................................................ 2
Additional Comparables 4-6 ................................................................................................ 9
Subject Photos ..................................................................................................................... 10
Subject Photos Interior ........................................................................................................ 11
Subject Photos Interior ........................................................................................................ 12
Subject Photos Interior ........................................................................................................ 13
Subject Photos Interior ........................................................................................................ 14
Subject Photos Interior ........................................................................................................ 15
Subject Photos Interior ........................................................................................................ 16
Subject Photos Interior ........................................................................................................ 17
Comparable Photos 1-3 ....................................................................................................... 18
Comparable Photos 4-6 ....................................................................................................... 19
Rentals Photos 1-3 ............................................................................................................... 20
Supplemental Addendum ..................................................................................................... 21
Market Conditions Addendum to the Appraisal Report ...................................................... 22
Addendum ............................................................................................................................ 23
Addendum ............................................................................................................................ 24
Building Sketch (Page - 1) ................................................................................................... 25
Location Map ........................................................................................................................ 26



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
3111 Center Ave
Forest Pines O/67 Lot 16 Blk B (Less W 20 Ft For R/W)
Orlando, FL  32806

### FOR:
Statebridge Company, LLC
5680 Greenwood Plaza Blvd
Greenwood Village, CO  80111

### AS OF:
12/16/2014

### BY:
Jorge Canellas

# Small Residential Income Property Appraisal Report

101610081
File # 3449639

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | | |
|---|---|---|---|---|
| Property Address 3107 Center Ave | | City Orlando | State FL | Zip Code 32806 |

Borrower N/A   Owner of Public Record Safdar Soleh   County Orange

Legal Description   Forest Pines O/67 Lot 17 Blk B (Less W 20 Ft For R/W)

Assessor's Parcel # 12-23-29-2836-02-170   Tax Year 2014   R.E. Taxes $ 2,260

Neighborhood Name Forest Pines   Map Reference 12-23-29   Census Tract 0139.00

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD HOA $ 0 ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Mortgage Servicing

Lender/Client Statebridge Company, LLC   Address 5680 Greenwood Plaza Blvd, Suite 100 S, Greenwood Village, CO 80111

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).   MLS/Owner.

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | 2-4 Unit Housing Trends | | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 89 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | | 2-4 Unit | 2 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 29 Low 5 | | Multi-Family | 2 % |
| Neighborhood Boundaries   Subject is located north of Gatlin Ave, south of Michigan St, east of Orange Ave, | | | | | | 999 High 65 | | Commercial | 7 % |
| and west of Osceola Ave. | | | | | | 90 Pred. 30 | | Other | % |

Neighborhood Description   Subject is located in Orange county convenient to ORMC, Downtown Orlando, Orlando International Airport, shopping centers, dining and employment. Subject is surrounded by homes of similar age, design, and appeal.

Market Conditions (including support for the above conclusions)   Financing is readily available at rates which purchasers consider attractive. Market conditions exist with typical marketing time. The subject is physically representative of the sales activity in the subject neighborhood and mirrors many of the features that are apparently sought after.

**SITE**

Dimensions 50' x 114' SqFt +/- Subject to Survey   Area 5,700 SqFt   Shape Basically Rectangular   View Residential

Specific Zoning Classification R-2   Zoning Description Multi Family

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Paved | | |
| Gas | ☐ | None | Sanitary Sewer | ☐ | ☒ Septic | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 12095C0265F   FEMA Map Date 09/25/2009

Are the utilities and/or off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

There are no apparent adverse easements, conditions encroachments or assessments that would tend to effect the marketability or value of the subject property.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/avg | Floors | Tile/avg |
| ☐ Accessory Unit (describe below) | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | CBS/avg | Walls | DW/Paint/avg |
| # of Stories 1   # of bldgs. 1 | | Basement Area 0 sq.ft. | | Roof Surface | Shingle/fair | Trim/Finish | WD/Paint/avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Finish % | | Gutters & Downspouts | Yes/avg | Bath Floor | Tile/avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Single Hung/avg | Bath Wainscot | Tile/avg |
| Design (Style) Duplex | | Evidence of ☐ Infestation | | Storm Sash/Insulated | Insulated/avg | Car Storage | |
| Year Built 1983 | | ☐ Dampness ☐ Settlement | | Screens | Yes/avg | ☐ None | |
| Effective Age (Yrs) 15 | | Heating/Cooling | | Amenities | | ☒ Driveway # of Cars 2 | |
| Attic ☒ None | | ☒ FWA ☐ HWBB ☐ Radiant | | ☐ Fireplace(s) # 0 ☐ Woodstove(s) # 0 | | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Electric | | ☒ Patio/Deck Open ☒ Fence Wood | | ☐ Garage # of Cars | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Pool ☒ Porch Covd | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Other | | ☒ Att. ☐ Det. ☐ Built-in | |

| # of Appliances | Refrigerator 1 | Range/Oven 2 | Dishwasher 0 | Disposal | Microwave 1 | Washer/Dryer 1 | Other (describe) |
|---|---|---|---|---|---|---|---|

| | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area |
|---|---|---|---|---|
| Unit # 1 contains: | 5 | 2 | 2 | 828 |
| Unit # 2 contains: | 5 | 2 | 2 | 926 |
| Unit # 3 contains: | | | | |
| Unit # 4 contains: | | | | |

Additional features (special energy efficient items, etc.).   The subject property has similar amenities of homes in subjects market place/area.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   The subject has been maintained in average/fair condition. The quality of construction is average in relation to similar homes in the market place. There are no apparent functional or external inadequacies. A licensed contractor is recommended for plumbing inspection, a/c is not working and roof needs replaced. The subject's living area differs from Orange County Property Appraiser due to the enclosed patio being included in their total. It is not under air and is not included in the report as living area.

## Small Residential Income Property Appraisal Report

101610081
File # 3449639

| IMPROVEMENTS | | |
|---|---|---|
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe. | | |
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe. | | |
| Is the property subject to rent control? ☐ Yes ☒ No  If Yes, describe | | |

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 3107 Center Street Orlando, FL 32806 | 723 Grand St Orlando, FL 32805 | 947 25th St Orlando, FL 32805 | 2480 Fielding Ct Orlando, FL 32806 |
| Proximity to Subject | | 1.62 miles NW | 1.29 miles NW | 1.49 miles E |
| Current Monthly Rent | $ 1,450 | $ 1,300 | $ 1,200 | $ 1,930 |
| Rent/Gross Bldg. Area | $ 0.83 sq.ft. | $ 0.75 sq.ft. | $ 0.69 sq.ft. | $ 0.73 sq.ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Owner | MLS / Public Records / Trulia.com | MLS / Public Records / Trulia.com | MLS / Public Records / Trulia.com |
| Date of Lease(s) | 12 months | 12 months | 12 months | 12 months |
| Location | Suburban | Suburban | Suburban | Suburban |
| Actual Age | 31 | 28 | 27 | 30 |
| Condition | Average | Average | Average | Average |
| Gross Building Area | 1,754 | 1,736 | 1,736 | 2,632 |

| Unit Breakdown | Rm Count Tot | Br | Ba | Size Sq. Ft. | Rm Count Tot | Br | Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot | Br | Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot | Br | Ba | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1,736 | 1,300 | | | | 1,736 | 1,200 | | | | 2,632 | 1,930 |
| Unit # 1 | 5 | 2 | 2 | 828 | 5 | 2 | 1 | 868 | $ 650 | 5 | 2 | 1 | 868 | $ 525 | 6 | 3 | 2 | 1,316 | $ 965 |
| Unit # 2 | 5 | 2 | 2 | 926 | 5 | 2 | 1 | 868 | $ 650 | 5 | 2 | 2 | 868 | $ 675 | 6 | 3 | 2 | 1,316 | $ 965 |
| Unit # 3 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | None | | | | None | | | | | None | | | | | None | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)   Rental data was provided from surrounding area. No rental concessions were noted.

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | 2014 | 2015 | $ 700 | | $ 700 | $ 700 | $ | 700 |
| 2 | 2014 | 2015 | 750 | | 750 | 700 | | 700 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

Comment on lease data   Lease data was provided from owner.

| | |
|---|---|
| Total Actual Monthly Rent | $ 1,450 |
| Other Monthly Income (itemize) | $ 0 |
| Total Actual Monthly Income | $ 1,450 |

| | |
|---|---|
| Total Gross Monthly Rent | $ 1,400 |
| Other Monthly Income (itemize) | $ |
| Total Estimated Monthly Income | $ 1,400 |

Utilities included in estimated rents  ☐ Electric  ☐ Water  ☐ Sewer  ☐ Gas  ☐ Oil  ☒ Trash collection  ☐ Cable  ☐ Other

Comments on actual or estimated rents and other monthly income (including personal property)   Market rent was determined using rental comparable with the most similar living area.

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   County Public Records

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   County Public Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | 04/28/2014 | N/A | 12/03/2013 |
| Price of Prior Sale/Transfer | N/A | $39,500 | N/A | $0 |
| Data Source(s) | Public Records | Public Records | Public Records | Public Records |
| Effective Date of Data Source(s) | 11/28/2014 | 11/28/2014 | 11/28/2014 | 11/28/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Prior sale of subject and all comps (other than the most recent) are noted above.  All sales history was taken from Orange County public records.

101610081

## Small Residential Income Property Appraisal Report
File # 3449639

There are **22** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **29,900** to $ **474,900** .

There are **12** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **29,900** to $ **999,000** .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3107 Center Ave<br>Orlando, FL 32806 | 723 Grand St<br>Orlando, FL 32805 | | 947 25th St<br>Orlando, FL 32805 | | 2480 Fielding Ct<br>Orlando, FL 32806 | |
| Proximity to Subject | | 1.62 miles NW | | 1.29 miles NW | | 1.49 miles E | |
| Sale Price | $ N/A | | $ 81,000 | | $ 92,000 | | $ 168,888 |
| Sale Price/Gross Bldg. Area | $          N/A sq.ft. | $ 46.66 sq.ft. | | $ 53.00 sq.ft. | | $ 65.66 sq.ft. | |
| Gross Monthly Rent | $          1,400 | $ 1,300 | | $ 1,200 | | $ 1,930 | |
| Gross Rent Multiplier | N/A | 62.31 | | 76.67 | | 87.51 | |
| Price per Unit | $          N/A | $ 40,500 | | $ 46,000 | | $ 84,444 | |
| Price per Room | $          N/A | $ 8,100 | | $ 9,200 | | $ 14,074 | |
| Price per Bedroom | $          N/A | $ 20,250 | | $ 23,000 | | $ 28,148 | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | MLS#O5321220 | | MLS#S4720081 | | MLS#O5204333 | |
| Verification Source(s) | | MLS/Public Records/Realtor | | MLS/Public Records/Realtor | | MLS/Public Records/Realtor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
| Sale or Financing<br>Concessions | | Cash<br>None Noted | | Conventional<br>None Noted | | Conv/REO<br>None Noted | |
| Date of Sale/Time | | 11/26/2014 | | 11/14/2014 | | 03/31/2014 | |
| Location | Suburban | Suburban | | Suburban | | Sub/Superior | −20,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5,700 SqFt +/- | 9,936 SqFt +/- | | 6,752 SqFt +/- | | 7,616 SqFt +/- | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Duplex | Duplex | | Duplex | | Duplex | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 31 | 28 | | 27 | | 30 | |
| Condition | Average | Average | | Good | −10,000 | Good | −10,000 |
| Gross Building Area | 1,754 | 1,736 | 0 | 1,736 | 0 | 2,572 | −32,720 |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 5   2   2 | 5   2   1 | +5,000 | 5   2   2 | | 6   3   2 | −5,000 |
| Unit # 2 | 5   2   2 | 5   2   1 | +5,000 | 5   2   2 | | 6   3   2 | −5,000 |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | 0 | N/A | | N/A | | N/A | |
| Basement Finished Rooms | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAE/Cent. Air | FAE/Cent. Air | | FAE/Cent. Air | | FAE/Cent. Air | |
| Energy Efficient Items | Insulation | Insulation | | Insulation | | Insulation | |
| Parking On/Off Site | 1 Car Carport | None | +2,000 | None | +2,000 | None | +2,000 |
| Porch/Patio/Deck | CvdEnt/OpPat | CvdEnt/OpPat | | CvdEnt/OpPat | | CvdEnt/OpPat | |
| Fireplace | None | None | | None | | None | |
| Fence/Pool | Fence/None | None/None | | None/None | | None/None | |
| ADOM | None | 36 | | 324 | | 40 | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 12,000 | ☐ + ☒ − | $ −3,000 | ☐ + ☒ − | $ −70,720 |
| Adjusted Sale Price<br>of Comparables | | Net Adj.    14.8  %<br>Gross Adj.  14.8  % | $ 93,000 | Net Adj.    3.3  %<br>Gross Adj.  18.5  % | $ 89,000 | Net Adj.    41.9  %<br>Gross Adj.  44.2  % | $ 98,168 |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 46,500 | | $ 44,500 | | $ 49,084 | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 9,300 | | $ 8,900 | | $ 8,181 | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 23,250 | | $ 22,250 | | $ 16,361 | |
| Value per Unit | $ 46,000  X  2  Units = $ 92,000 | | | Value per GBA  $ 53  X  1,754  GBA = $ 92,962 | | | |
| Value per Rm. | $ 9,300  X  10  Rooms = $ 93,000 | | | Value per Bdrms.  $ 23,000  X  4  Bdrms. = $ 92,000 | | | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.     All comparables are duplex units located in the subject's market area. Due to limited sales data in the lender preferred one mile radius, it was necessary to expand the search radius to two miles to located similar duplex properties. Any indication of value has not been distorted in doing so. They were used for their similarities in age, design and appeal. Comparables 1&2 were used for their recent sale date and similarities in bedroom count and living area. Comparable 1 was used for its similar condition. Comparable 3 was used to bracket room count adjustments. Comparable 1 was given most consideration for its similar age, living area and bedroom count. Comparables 4&5 are Listings in the area used to demonstrate the most recent market activity. Reasonable exposure time is less than 30 days. I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

Indicated Value by Sales Comparison Approach $ **93,000**

Total gross monthly rent $ **1,400**    X gross rent multiplier (GRM) **65**    = $ **91,000**     Indicated value by the Income Approach

Comments on income approach including reconciliation of the GRM     Gross rent multiplier was derived from rental data in the market area.

Indicated Value by:    Sales Comparison Approach $ **93,000**    Income Approach $ **91,000**    Cost Approach (if developed) $ **N/A**

Most weight given to the sales comparison as reliable and accurate information was available at the time of inspection. Equal weighting applied to a bracketed analysis.See attached appraisers certification and statement of limiting conditions.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: This report is a "SUMMARY APPRAISAL REPORT" per (FNMA) requirements.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 93,000 , as of 12/16/2014 , which is the date of inspection and the effective date of this appraisal.**

Form 1025 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report

101610081
File # 3449639

In this appraisal, the adjustments utilized were derived from the appraiser's best evaluation and understanding of existing market conditions in the area from which the comparables have been extracted. Adjustments are based on apparent differences presented by the sales themselves when the matched pair concept was available to be utilized for differences. If this method was not available, the adjustments were based on past appraiser experience in this particular market or type of market, or from discussions with participants in this particular market on what types of features and amenities are most important to current purchasers, and the relative value attached to each of the underlying differences. The appraiser typically examines many sales, which could be considered similar to the property being valued. Based on this examination, at least three of the sales are selected for presentation in the appraisal report. Then these sales are adjusted for differences, which could affect value.

No adjustments for lot sizes were applied as the market appears to be treating these lots as one unit and larger lots have what is considered surplus land.

Comparable sales required large line adjustments for their differences when compared to the subject property. This resulted in the NET/GROSS adjustment percentage higher than the preferred FNMA guidelines, nevertheless these adjustments were necessary and the sales selected were among the best available at the time inspection. The appraiser notes these adjustments have no negative effect on the subjects marketability and/or market value.

Comparables required adjustments that were greater than 10% of the sale price, but they were necessary to use because they were the best, most recent available.

**ADDITIONAL COMMENTS** (vertical label)

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Opinion of site value was determined using allocation method.

**COST APPROACH** (vertical label)

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE ................................ =$ | 27,000 |
|---|---|---|
| Source of cost data    N/A | DWELLING                Sq.Ft. @ $            =$ | |
| Quality rating from cost service   N/A    Effective date of cost data   N/A | Sq.Ft. @ $            =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | ............ =$ | |
| N/A | Garage/Carport          Sq.Ft. @ $            =$ | |
| | Total Estimate of Cost-New            =$ | |
| | Less    Physical    Functional    External | |
| | Depreciation                =$( ) | |
| | Depreciated Cost of Improvements .......... =$ | |
| | "As-is" Value of Site Improvements .......... =$ | |
| Estimated Remaining Economic Life (HUD and VA only)        15 Years | INDICATED VALUE BY COST APPROACH ............ =$ | N/A |

### PROJECT INFORMATION FOR PUDs (if applicable)

| | | |
|---|---|---|
| Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached | | |

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes    ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?    ☐ Yes    ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes    ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

**PUD INFORMATION** (vertical label)

Form 1025 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

101610081
## Small Residential Income Property Appraisal Report   File # 3449639

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**   The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1025 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report

101610081
File # 3449639

**APPRAISER'S CERTIFICATION:**     The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

101610081
## Small Residential Income Property Appraisal Report   File # 3449639

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

### SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

### APPRAISER

Signature
Name   Jorge Canelos
Company Name   Appraisers of America
Company Address   5116 Haines Circle, Orlando, FL 32822

Telephone Number   (407) 894-0201
Email Address   victor@appraisersofamerica.com
Date of Signature and Report   12/16/2014
Effective Date of Appraisal   12/16/2014
State Certification #   Cert Gen RZ3108
or State License #
or Other (describe) _____ State # _____
State  FL
Expiration Date of Certification or License   11/30/2016

ADDRESS OF PROPERTY APPRAISED
3107 Center Ave
Orlando, FL 32806

APPRAISED VALUE OF SUBJECT PROPERTY $   93,000

LENDER/CLIENT
Name  Axios Valuation Services
Company Name   Statebridge Company, LLC
Company Address   5680 Greenwood Plaza Blvd, Suite 100 S,
Greenwood Village, CO 80111
Email Address

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License   _____

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

---

Form 1025 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report

101610081
File # 3449639

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3107 Center Ave Orlando, FL 32806 | 1301 Noble Pl Orlando, FL 32801 | | 1032 18th St Orlando, FL 32805 | | | |
| Proximity to Subject | | 1.86 miles NE | | 1.59 miles NW | | | |
| Sale Price | $ N/A | $ 114,900 | | $ 65,000 | | $ | |
| Sale Price/Gross Bldg. Area | $          sq.ft. | $    73.28  sq.ft. | | $    40.83  sq.ft. | | $          sq.ft. | |
| Gross Monthly Rent | $          1,400 | $          1,800 | | $          1,300 | | $ | |
| Gross Rent Multiplier | | 63.83 | | 50.00 | | | |
| Price per Unit | $          N/A | $          57,450 | | $          32,500 | | $ | |
| Price per Room | $ | $          11,490 | | $          6,500 | | $ | |
| Price per Bedroom | $ | $          28,725 | | $          16,250 | | $ | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☐ No | |
| Data Source(s) | | MLS#O5230913 | | MLS#O5325228 | | | |
| Verification Source(s) | | MLS/Public Records/Realtor | | MLS/Public Records/Realtor | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) Adjustment | DESCRIPTION | +(–) Adjustment | DESCRIPTION | +(–) Adjustment |
| Sale or Financing Concessions | | Pending Listing None Noted | | Pending Listing None Noted | | | |
| Date of Sale/Time | | N/A | | N/A | | | |
| Location | Suburban | Suburban | | Suburban | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 5,700 SqFt +/- | 6,016 SqFt +/- | | 6,750 SqFt +/- | | | |
| View | Residential | Residential | | Residential | | | |
| Design (Style) | Duplex | Duplex | | Duplex | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 31 | 63 | 0 | 61 | | | |
| Condition | Average | Average | | Good | -10,000 | | |
| Gross Building Area | 1,754 | 1,568 | +7,440 | 1,592 | +6,480 | | |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 5    2    2 | 5    2    1 | +5,000 | 5    2    1 | +5,000 | | |
| Unit # 2 | 5    2    2 | 5    2    1 | +5,000 | 5    2    1 | +5,000 | | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | 0 | N/A | | N/A | | | |
| Basement Finished Rooms | N/A | N/A | | N/A | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FAE/Cent. Air | Window Units | +5,000 | Window Units | +5,000 | | |
| Energy Efficient Items | Insulation | Insulation | | Insulation | | | |
| Parking On/Off Site | 1 Car Carport | None | +2,000 | None | +2,000 | | |
| Porch/Patio/Deck | CvdEnt/OpPat | CvdEnt/OpPat | | CvdEnt/OpPat | | | |
| Fireplace | None | None | | None | | | |
| Fence/Pool | Fence/None | Fence/None | | None/None | 0 | | |
| ADOM | None | 4 | | 11 | | | |
| Net Adjustment (Total) | | ☒+  ☐– | $    24,440 | ☒+  ☐– | $    13,480 | ☐+  ☐– | $ |
| Adjusted Sale Price of Comparables | | Net Adj.   21.3  % Gross Adj.   21.3  % | $   139,340 | Net Adj.   20.7  % Gross Adj.   51.5  % | $   78,480 | Net Adj.         % Gross Adj.         % | $ |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $          69,670 | | $          39,240 | | $ | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $          13,934 | | $          7,848 | | $ | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $          34,835 | | $          19,620 | | $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | 07/14/2014 | 09/29/2014 | |
| Price of Prior Sale/Transfer | N/A | $0 | $0 | |
| Data Source(s) | Public Records | Public Records | Public Records | |
| Effective Date of Data Source(s) | 11/28/2014 | 11/28/2014 | 11/28/2014 | |

Analysis of prior sale or transfer history of the subject property and comparable sales     Sales history was taken from Orange County public records website.

Analysis/Comments

SALES COMPARISON APPROACH

SALE HISTORY

ANALYSIS / COMMENTS

Freddie Mac Form 72 March 2005

Fannie Mae Form 1025 March 2005

Form 1025.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC | | | | | | |



### Subject Front

3107 Center Ave

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Suburban |
| View | Residential |
| Site | 5,700 SqFt +/- |
| Quality | Average |
| Age | 31 |



**Subject Rear**



**Subject Street**



## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 3107 Center Ave |
| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC |



**Side View**

3107 Center Ave

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Suburban |
| View | Residential |
| Site | 5,700 SqFt +/- |
| Quality | Average |
| Age | 31 |



**Side View**



**Laundry**

## Subject Interior Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code  32806 |
| Lender | Statebridge Company, LLC | | | | | |



**Living**

3107 Center Ave
Sales Price | N/A
Gross Living Area
Total Rooms | 10
Total Bedrooms | 4
Total Bathrooms | 4
Location | Suburban
View | Residential
Site | 5,700 SqFt +/-
Quality | Average
Age | 31



**Kitchen**



**Kitchen**

## Subject Interior Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC | | | | | |



### Laundry

3107 Center Ave
Sales Price          N/A
Gross Living Area
Total Rooms          10
Total Bedrooms       4
Total Bathrooms      4
Location             Suburban
View                 Residential
Site                 5,700 SqFt +/-
Quality              Average
Age                  31



**Enclosed Patio**



**Dining**

## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 3107 Center Ave |
| City | Orlando |
| Lender | Statebridge Company, LLC |

| County | Orange | State | FL | Zip Code | 32806 |



### Dining

3107 Center Ave

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Suburban |
| View | Residential |
| Site | 5,700 SqFt +/- |
| Quality | Average |
| Age | 31 |



**Bedroom**



**Living**

## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 3107 Center Ave |

| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
|---|---|---|---|---|---|---|---|
| Lender | Statebridge Company, LLC | | | | | | |



**Bedroom**

3107 Center Ave
Sales Price          N/A
Gross Living Area
Total Rooms          10
Total Bedrooms       4
Total Bathrooms      4
Location             Suburban
View                 Residential
Site                 5,700 SqFt +/-
Quality              Average
Age                  31



**Bedroom**



**Bathroom**

## Subject Interior Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC | | | | | |



### Bathroom

3107 Center Ave
Sales Price                  N/A
Gross Living Area
Total Rooms               10
Total Bedrooms          4
Total Bathrooms         4
Location                     Suburban
View                          Residential
Site                           5,700 SqFt +/-
Quality                      Average
Age                           31



**Bathroom**



**Bathroom**

## Subject Interior Photo Page

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC | | | | | | |



**Bedroom**

3107 Center Ave
Sales Price          N/A
Gross Building Area  1,754
Age                  31

**Subject Interior**

**Subject Interior**

## Comparable Photo Page

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | |
| City | Orlando | County Orange | State FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC | | | | |



### Comparable 1
#### 723 Grand St
| | |
|---|---|
| Prox. to Subject | 1.62 miles NW |
| Sale Price | 81,000 |
| Gross Living Area | 1,736 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Suburban |
| View | Residential |
| Site | 9,936 SqFt +/- |
| Quality | Average |
| Age | 28 |



### Comparable 2
#### 947 25th St
| | |
|---|---|
| Prox. to Subject | 1.29 miles NW |
| Sale Price | 92,000 |
| Gross Living Area | 1,736 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Suburban |
| View | Residential |
| Site | 6,752 SqFt +/- |
| Quality | Average |
| Age | 27 |



### Comparable 3
#### 2480 Fielding Ct
| | |
|---|---|
| Prox. to Subject | 1.49 miles E |
| Sale Price | 168,888 |
| Gross Living Area | 2,572 |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 4 |
| Location | Sub/Superior |
| View | Residential |
| Site | 7,616 SqFt +/- |
| Quality | Average |
| Age | 30 |

## Comparable Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC | | | | | |



### Comparable 4

1301 Noble Pl

| | |
|---|---|
| Prox. to Subject | 1.86 miles NE |
| Sales Price | 114,900 |
| Gross Living Area | 1,568 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Suburban |
| View | Residential |
| Site | 6,016 SqFt +/- |
| Quality | Average |
| Age | 63 |



### Comparable 5

1032 18th St

| | |
|---|---|
| Prox. to Subject | 1.59 miles NW |
| Sales Price | 65,000 |
| Gross Living Area | 1,592 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Suburban |
| View | Residential |
| Site | 6,750 SqFt +/- |
| Quality | Average |
| Age | 61 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Rental Photo Page

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | |
| City | Orlando | County Orange | | State FL | Zip Code 32806 |
| Lender | Statebridge Company, LLC | | | | |



### Rental 1
723 Grand St

| | |
|---|---|
| Proximity to Subject | 1.62 miles NW |
| Adj. Monthly Rent | 81,000 |
| Gross Living Area | 1,736 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Suburban |
| View | Residential |
| Condition | Average |
| Age | 28 |



### Rental 2
947 25th St

| | |
|---|---|
| Proximity to Subject | 1.29 miles NW |
| Adj. Monthly Rent | 92,000 |
| Gross Living Area | 1,736 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Suburban |
| View | Residential |
| Condition | Average |
| Age | 27 |



### Rental 3
2480 Fielding Ct

| | |
|---|---|
| Proximity to Subject | 1.49 miles E |
| Adj. Monthly Rent | 168,888 |
| Gross Living Area | 2,572 |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 4 |
| Location | Suburban |
| View | Residential |
| Condition | Average |
| Age | 30 |

**SUPPLEMENTAL ADDENDUM**

File No. 3449639

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code | 32806 |
| Lender | Statebridge Company, LLC | | | | | | |

The intended user of this appraisal report is the Lender/Client. The Intended use is to evaluate the property that is the subject of this appraisal for mortgage servicing, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and Definition of Market Value. No additional intended users are identified by the appraiser.

The report has been completed under the rules and regulations as established by the Uniform Standards of Professional Appraisal Practice (USPAP) and the Federal National Mortgage Corporation and is subject to the Statement of Assumptions and Limiting Conditions and the Appraisers Certification that are incorporated in the appraisal form.

Unless otherwise required by law the appraiser will give testimony or appear in court because he or she has made an appraisal of the property in question at the rate of $175.00 per hour for a minimum of three hours.

The purpose is to estimate the Market Value as of a specific date in time. The market value is identified on the appraisal form as the "effective date." The Opinion of Market Value is based on the Sales Comparison Approach as mandated by the Appraiser's Certification incorporated in this report and the availability and reliability of sales data.  A weighted average was applied based on a bracketed analysis of the primary differences and similarities each sale exhibited in relation to the subject. The Cost and Income approach's were considered and given contributory weight if they were developed. Reliability is based on the age of the structure and/or the rental data available.  See corresponding approach's section and attachments where/if applied.

The Intended Use is to evaluate the property that is the subject of this appraisal for mortgage servicing.

In accordance with the "Scope of Work" the appraiser has at a minimum performed a complete visual inspection of the interior and exterior of the subject property, inspected the neighborhood, inspected each of the comparable sales from at least the street, research verify and analyze data from reliable public and/or private sources and report his or her analysis, opinions and conclusions in this appraisal report.

Modifications, additions or deletions to the Intended Use, Intended User, Definition of Market Value, Statement of Assumptions and Limiting Conditions are not permitted.

## Market Conditions Addendum to the Appraisal Report

101610081
File No.   3449639

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 3107 Center Ave | City | Orlando | State | FL | ZIP Code | 32806 |
|---|---|---|---|---|---|---|---|

Borrower   N/A

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 6 | 2 | 4 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.00 | 0.67 | 1.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | NA | NA | 22 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | NA | NA | 16.5 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 168,888 | 200,000 | 181,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 40 | 9 | 36 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | NA | NA | 114,900 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | NA | NA | 11 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 90% | 96% | 91% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   Seller concessions can range from 0 to 6% in this market area. These statistics have remained stable in the past 12 months.

Are foreclosure sales (REO sales) a factor in the market?   ☒ Yes   ☐ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Research indicates REO sales activity in the subject's market area. REO sales have a shorter marketing time and lower list price. Average market driven sales have a longer marketing time to reach close to the list price.

Cite data sources for above information.   MLS, Public Records, Trulia.com, Zillow.com and Realquest.com

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The total # of comparables settled is stable. The absorption rate is stable. The median comparables sale price is stable. The median comparables days on market is stable. The median sale price as % of list price is stable.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name   Jorge Canellas | | Supervisory Appraiser Name | |
| Company Name   Appraisers of America | | Company Name | |
| Company Address   5116 Haines Circle, Orlando, FL 32822 | | Company Address | |
| State License/Certification #   Cert Gen RZ3108 | State   FL | State License/Certification # | State |
| Email Address   victor@appraisersofamerica.com | | Email Address | |

Freddie Mac Form 71   March 2009   Page 1 of 1   Fannie Mae Form 1004MC   March 2009

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

*(side label)* MARKET RESEARCH & ANALYSIS

*(side label)* CONDO/CO-OP PROJECTS

*(side label)* APPRAISER

Main File No. 3449639  Page #23



## NAVIGATORS INSURANCE COMPANY

### THIS IS A CLAIMS MADE INSURANCE POLICY.

THIS POLICY APPLIES ONLY TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD.  ALL CLAIMS MUST BE REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD OR WITHIN 60 DAYS AFTER THE END OF THE POLICY PERIOD.

### PLEASE READ THIS POLICY CAREFULLY.

## REAL ESTATE PROFESSIONAL ERRORS AND OMISSIONS INSURANCE POLICY DECLARATIONS

POLICY NUMBER: ___PH14REL131210IV___  RENEWAL OF: ___PH13REL131210IV___

1. NAMED INSURED:   Appraisers of America, Inc

2. ADDRESS:   5116 Haines Circle
Orlando, FL 32822

3. POLICY PERIOD:   FROM:   02/28/2014  TO:   02/28/2015
12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above.

4. LIMITS OF LIABILITY:   (Inclusive of claim expenses):
A.   $ 1,000,000  Limit of Liability - Each Claim
B.   $ 1,000,000  Limit of Liability - Policy Aggregate

5. DEDUCTIBLE:   (Inclusive of claim expense): $ 10,000  Each Claim

6. PREMIUM: $ 1,197.00   Additional 1.3% FL Hurricane Fund Surcharge $16.00

7. RETROACTIVE DATE:   02/28/2010

8. FORMS ATTACHED:   NAV REL NIC PF (02 11)   NAV REL 300 FL (02 11)
NAV REL 021 (02 11)   NAV REL 003 (02 11)   NAV REL 025 (02 11)
NAV-ML-002 (11/12)

PROGRAM ADMINISTRATOR:

Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410
Needham, MA 02494-2876

**Navigators**
Insuring A World In Motion

NAV REL DEC (02 11)          Page 1 of 2

## Building Sketch

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | | |
| City | Orlando | County | Orange | State | FL | Zip Code 32806 |
| Lender | Statebridge Company, LLC | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| Unit A | 926 Sq ft | 29 × 27 = 783 | |
| | | 11 × 13 = 143 | |
| Unit B | 828 Sq ft | 23 × 36 = 828 | |
| **Total Living Area (Rounded):** | **1754 Sq ft** | | |
| **Non-living Area** | | | |
| Enclosed Patio | 187 Sq ft | 11 × 17 = 187 | |

# Location Map

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 3107 Center Ave | | | | |
| City | Orlando | County Orange | State FL | Zip Code 32806 |
| Lender | Statebridge Company, LLC | | | | |

