UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SOLEH SAFDAR,                              Case No.: 6:14-bk-07197-ABB
                                           Chapter 13

        Debtor.

_____/

## ORDER GRANTING DEBTOR'S VERIFIED
## MOTION TO DETERMINE SECURED STATUS
## <u>OF CLAIMS HELD BY CHASE BANK USA, N.A.</u>
### (3107-3109 Center Street, Orlando, FL 32806)

This case came on for consideration upon the Debtor's Motion (the "Motion") to Determine Secured Status of Claim Held by Chase Bank USA, N.A. ("Chase") (Doc. No. 52). The record reflects that:  (a) the Motion was filed and served on October 30, 2014 pursuant to Local Rule 2002-4 and Rule 7004(h); (ii) the time period for filing responses has run; and (iii) no response was filed within the allowed time.  After reviewing the pleadings and considering the position of interested parties, it is

**ORDERED**:

    1.    The Motion (Doc. no. 52) is granted.

    2.    Creditor, Chase, has two judgment liens (the "First Judgment Lien" and "Second Judgment Lien") on the Debtor's real property located at 3107-3109 Center Street, Orlando, FL 32806 ("the Property")**,** more particularly described as:

> **Lot 17, Block B, Less the West 20 feet thereof for Road Right of Way, FOREST PINES, according to the Plat thereof as recorded in Plat Book O, Page 67, of the Public Records of Orange County, Florida**
>
> **Parcel ID No.: 12-23-29-2836-02170**

3.      Because senior mortgage liens exceed the value of the Property, any timely filed claims filed by Chase with respect to the First Judgment Lien or the Second Judgment Lien shall be treated as general unsecured claims in this case.

4.   The First Judgment Lien, recorded on March 10, 2010 at Book 10012, Page 9403 in the public records of Orange County, Florida and the Second Judgment Lien, recorded on July 26, 2010, Book 10080, Page 0800 in the public records of Orange County, Florida, are void and automatically extinguished in accordance with 11 U.S.C. § 506(d) upon entry of an Order of Discharge pursuant to 11 U.S.C. § § 727, 1141, or 1328.

DONE and ORDERED in Orlando, Florida, this 28th day of January, 2015

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge


Attorney, Jeanne A. Kraft, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.