

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/28/2015 01:00 PM

COURTROOM   6B, 6th Floor

**HONORABLE ARTHUR BRISKMAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:14-bk-07197-ABB | 13 | 06/20/2014 |

Chapter 13

**DEBTOR:**   Soleh Safdar

**DEBTOR ATTY:**   Jeanne Kraft

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

1) Confirmation Hearing
Second Amended Chapter 13 Plan (Doc #56)
Objection by HSBC to Confirmation of Plan (Doc #25)
Objection by Waterfall Victoria Grantor Trust to Confirmation of Plan (Doc #34)
Objection by Waterfall Victoria Grantor Trust to Confirmation of Plan (Doc #35)
2) FINAL EVIDENTIARY HEARING
Motions by Debtor to Value Collateral of Waterfall Victoria Grantor Trust (Docs #46)
Responses by Waterfall Victoria Grantor Trust (Doc #59)
Exhibit Appraisal of 3107-3109 Center Street. Filed by Creditor (Doc #71)
3) FINAL EVIDENTIARY HEARING
Motions by Debtor to Value Collateral of Waterfall Victoria Grantor Trust (Doc #47)
Responses by Waterfall Victoria Grantor Trust (Doc #60)
Exhibit Appraisal of 3111-3113 Center Street. Filed by Creditor (Doc #72)
Note: Con't from 1/21/15, 12/3/14
Mortgage Modification Mediation order w/ Saw Capital entered 9/22/14
Related Cases:
6:11-bk-18824-ABB, 7, Filed 12/19/11, Dism. 1/13/12;
6:14-bk-02811-ABB, 13, Filed 3/13/14, Dism. 3/28/14
Pending:
Motions to Strip Liens of American Express; filed w/ neg ntc 10/30/14   (Docs #48, 49, 50)
Motions to Strip Liens of Chase Bank; filed w/ neg ntc 10/30/14 (Docs #51, 52, 53)

**APPEARANCES:**:
Stuart Ferderer: Trustee; Jeanne Kraft: Debtor Attorney; Lorne Durket: Waterfall Victoria   Grantor Trust; also present: debtor and spouse.

**RULING:**
1) Confirmation Hearing

Second Amended Chapter 13 Plan   (Doc #56)   - Objection by HSBC to Confirmation of Plan (Doc #25) - Objection by Waterfall Victoria Grantor Trust to Confirmation of Plan (Doc #34) - Objection by Waterfall Victoria Grantor Trust to Confirmation of Plan (Doc #35) - Confirmed as Modified, the balloon is moved to month 24, escrow and insurance paid outside the plan; Order by Trustee.

2) FINAL EVIDENTIARY HEARING

Motions by Debtor to Value Collateral of Waterfall Victoria Grantor Trust   (Docs #46) -   Responses by Waterfall Victoria Grantor Trust   (Doc #59) -   Exhibit Appraisal of 3107-3109 Center Street. Filed by Creditor   (Doc #71) - Granted pursuant to parties agreement; Order by Kraft.

3) FINAL EVIDENTIARY HEARING

Motions by Debtor to Value Collateral of Waterfall Victoria Grantor Trust   (Doc #47) -   Responses by Waterfall Victoria Grantor Trust   (Doc #60) -   Exhibit Appraisal of 3111-3113 Center Street. Filed by Creditor   (Doc #72) -   Granted pursuant to parties agreement; Order by Kraft.

Proof of insurance and proof of payment for taxes to be provided within 14 days.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.